No. 01–5068. REYES-VALDIVIA v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5069. PERACCHI v. CALIFORNIA. Ct. App. Cal., 5th App. Dist. Certiorari denied.

No. 01–5070. GLADSTONE v. MERRILL LYNCH, PIERCE, FENNER & SMITH INC. ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–5071. GUDINO-LOPEZ v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–5074. HICKS v. SNYDER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–5075. BARBER v. MOORE, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS, ET AL. C. A. 11th Cir. Certiorari denied.

No. 01–5076. HENRY, AKA BECTON v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–5077. HAYES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5078. ESPARZA ISAIS, AKA ISAIS ESPARTZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–5079. FLORES-JUAREZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5080. GUTIERREZ-HERRERA v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–5081. GONZALEZ v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–5082. FLOWERS v. ALABAMA. Ct. Crim. App. Ala. Certiorari denied.

No. 01–5084. LAY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 01–5085. RIVERA v. GEORGIA. Ct. App. Ga. Certiorari denied.